We think the requested instruction should have been given. See Vaughn v. State, 86 Tex.Cr.R. 255, 219 S.W. 206, and Wilson v. State, 122 Tex.Cr.R. 478, 56 S.W.(2d) 463.

The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## PORRAS v. STATE.
### No. 18913.

Court of Criminal Appeals of Texas.
March 31, 1937.

R. B. Redic, of El Paso, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Aggravated assault is the offense; penalty assessed at a fine of $500, and confinement in the county jail for ninety days.

The complaint and information appear regular and regularly presented. The record is before this court without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.